UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GETHSEMANE POLK | CIVIL ACTION NO. 22-1357 |
| VERSUS | JUDGE SUMMERHAYS |
| MALEENA HAMPTON, ET AL. | MAGISTRATE JUDGE WHITEHURST |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss Under Federal Rule 12(b)(6) [Doc. 15] filed by defendants Louisiana United Methodist Children and Family Services, Inc., Maleena Hampton, Dana Castille, and Chatara Williams is GRANTED, and the plaintiff's claims against these defendants are DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 19th day of January, 2023.

UNITED STATES DISTRICT JUDGE